**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RONALD RENTHROPE**                          **CIVIL ACTION**

**VERSUS**                                    **NO:  09-4187**

**MARLIN N. GUSMAN**                          **SECTION: "A"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronald Renthrope's Title 42 U.S.C. § 1983 claims against the Defendant, Sheriff Marlin N. Gusman, is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e), § 1915A, and §1997e.

New Orleans, Louisiana, this 16th day of February, 2011

_____
UNITED STATES DISTRICT JUDGE